## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DANIEL LEMBERGER,

                    Plaintiff,

          vs.

UNION PACIFIC RAILROAD
COMPANY,

                    Defendant.

**8:18CV0064**


**ORDER**


After conferring with counsel,


IT IS ORDERED that the final progression order, (Filing No. 13), including all unexpired deadlines within it, is vacated.


August 7, 2018.


                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge