IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL LEMBERGER,<br><br>      Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendant. | **8:18CV64**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The settlement conference currently scheduled for October 17, 2019 is cancelled.

2) If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to discuss the parties' interest in a settlement conference and to schedule the pretrial conference.

3) The clerk shall set a case management deadline of March 2, 2020.

Dated this 20th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge